# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2015

## NO. 03-14-00732-CV

**Atheer Ammanuel Hanna and Babylon Transportation, Inc., Appellants**

**v.**

**Medstar Funding, LLC, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on November 11, 2014. The parties have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.